

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      In re Terra Energy Partners, LLC, Benjamin "B.J." Reynolds, Mark Mewshaw, and Wes Hobbs, Relators

Appellate case number:    01-17-00137-CV

Trial court case number:  2016-18909

Trial court:              11th Judicial District Court of Harris County

On February 24, 2017, relators, Terra Energy Partners, LLC, Benjamin "B.J." Reynolds, Mark Mewshaw, and Wes Hobbs, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's February 16, 2017 order denying their motion for reconsideration of the predecessor respondent's oral ruling, made on December 5, 2016, denying their motion to compel. Relators also request that this Court compel the respondent to grant the relief requested in that motion including, among other things, identifying with specificity the allegedly-misappropriated trade secrets. Relators have filed three volumes of a sworn mandamus record. *See* TEX. R. APP. P. 52.7(a).

With the petition, relators also filed a motion for temporary relief seeking a stay of all underlying proceedings pending disposition of this petition, with the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Accordingly, the Court **grants** the relators' motion and **ORDERS** that the underlying proceedings are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>

☒ Acting individually     □ Acting for the Court

Date: <u>March 2, 2017</u>